# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JORGE RIVERA, | § | No. 513, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1210010331 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 29, 2016
Decided: March 2, 2016

## ORDER

This 2nd day of March 2016, it appears to the Court that, on February 11, 2016, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the opening brief and appendix. The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice